IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02558-MSK-BNB

DAVID CANDELARIA,

Plaintiff,

v.

COUNTY OF CONEJOS, STATE OF COLORADO,
CONEJOS COUNTY SHERIFF'S OFFICE,
SHERIFF JOE TAYLOR, JR.,
JUSTIN W. HARLAN,
RON ROMERO, and
JAMES RUYBAL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Change Scheduling Order Deadlines** (the "Motion"), filed on August 9, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The plaintiff shall designate all experts and provide opposing
> counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
> on or before **August 30, 2005**;
>
> The defendant shall designate all experts and provide opposing
> counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
> on or before **October 11, 2005**.

DATED: August 10, 2005